UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ronald Brown,

    Plaintiff,

v.                                                       Case No. 16-11837

Steve Rivard, *et al.*,                   Sean F. Cox
                                                          United States District Court Judge

    Defendants.

_____/

**ORDER ADOPTING
7/14/17 REPORT AND RECOMMENDATION**

Acting *pro se*, Plaintiff commenced this action on May 12, 2016, and the action was transferred to this Court on May 23, 2016. Thereafter, this Court referred the matter for pretrial proceedings before Magistrate Judge Steven Whalen.

On July 14, 2017, Magistrate Judge Whalen issued a Report and Recommendation ("R&R") (Docket Entry No. 26) wherein he recommends that the Court grant in part and deny in part a motion for summary judgment filed by multiple defendants. More specifically, he recommends that: 1) the Court grant the motion as to Defendants Rivard, Kellogg, Bugbee, Sheet-Parsons, and Barnett, and dismiss those Defendants without prejudice under 42 U.S.C. § 1997e(a); and 2) deny the motion as to Defendants Siefker and Sounder, without prejudice to their filing a renewed motion for summary judgment following discovery.

The time for filing objections to the R&R has expired and the docket reflects that no objections have been filed. The Court hereby **ADOPTS** the July 14, 2017 R&R and **ORDERS** that: 1) the Motion for Summary Judgment is **GRANTED** as to Defendants Rivard,

1

Kellogg, Bugbee, Sheet-Parsons, and Barnett, and those Defendants are dismissed without prejudice under 42 U.S.C. § 1997e(a); and 2) the motion is **DENIED** as to Defendants Siefker and Sounder, without prejudice to their filing a renewed motion for summary judgment following discovery.

**IT IS SO ORDERED.**

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: August 21, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 21, 2017, by electronic and/or ordinary mail.

s/Teresa McGovern
Case Manager Generalist